**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ALVIN R. BARNEY, II,**

    **Plaintiff,**

**v.**                                          **CASE NO. 3:17cv3-MCR-CJK**

**ESCAMBIA COUNTY, FLORIDA, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 7, 2017. ECF No. 4. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Judge Kinsey are DISMISSED WITH PREJUDICE.

3. The clerk shall update the docket to reflect there are 6 defendants remaining in the action.

**DONE AND ORDERED** this 24th day of August, 2017.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**